UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jahnico Harvey

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 563

Defendant __Jahnico Harvey___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or **X** teleconferencing:

___   Initial Appearance Before a Judicial Officer

**_X_**   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


s/Jahnico Harvey, by the Court, with permisison
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jahnico Harvey
_____
Print Defendant's Name

*Mehdi Essmidi*
_____
Defendant's Counsel's Signature


Mehdi Essmidi
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

11/13/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge